UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC CITIZEN, INC., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) Civil Action No. 01-2351 (ESH) |
| DEPARTMENT OF EDUCATION and DEPARTMENT OF STATE, | )<br>)<br>) |
| Defendants. | )<br>) |

**FILED** JUN 1 7 20..
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**FILED** JUN 1 7 2002
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

Upon consideration of Defendants' Motion to Dismiss and For Partial Summary Judgment, Plaintiff's Cross-Motion for Summary Judgment, Defendants' Memorandum of Points and Authorities in Opposition to Plaintiffs' Cross-Motion for Partial Summary Judgment and Reply in Support of Defendants' Motion to Dismiss and For Partial Summary Judgment, and Plaintiff's Reply in Support of Plaintiff's Cross-Motion for Partial Summary Judgment, and the record herein, it is this _14_ day of _June_, 2002, hereby

**ORDERED** that defendants' motion to dismiss Count II [13-1] is **DENIED**; it is

**FURTHER ORDERED** that defendants' motion to dismiss [13-1] and in the alternative for summary judgment [13-2] as to Count I is **DENIED**; it is

**FURTHER ORDERED** that plaintiff's motion for summary judgment [19-1] is **GRANTED** as to Count I, but it is **DENIED** as to Count II; it is

25




**FURTHER ORDERED** that defendant Department of Education must, within twenty days of this Order, make available for inspection and copying the records that are responsive to plaintiff's FOIA request, dated August 13, 2001; and it is

**FURTHER ORDERED** that, as to Count II, judgment is entered in favor of defendants, and Count II is **DISMISSED WITH PREJUDICE.**

**THIS IS A FINAL APPEALABLE ORDER.**

**SO ORDERED.**

_____
ELLEN SEGAL HUVELLE
United States District Judge

Date: 6/14/02